1  SEYFARTH SHAW LLP
   Eric Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Kara Keister (SBN 250260)
6  kkeister@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, California 95814-4428
   Telephone:    (916) 498-7028
8  Facsimile:    (916) 558-4839

9
   Attorneys for Defendant Redwood Toxicology Laboratory
10 aka Abbott Laboratories

11

12                    UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

14

15 EVERLINE WILLIAMS, an individual,            Case No. 4:21-cv-04501-HSG

16              Plaintiff,                       [Hon. Haywood S. Gilliam, Jr.

17        v.                                     **DEFENDANT'S REQUEST TO PERMIT
                                                 KARA KEISTER TO APPEAR AT
18 REDWOOD TOXICOLOGY LABORATORY                 INITIAL CASE MANAGEMENT
   aka ABBOTT LABORATORIES, and DOES 1          CONFERENCE; ORDER (as modified)**
19 through 20,
                                                 Date:          September 14, 2021
20              Defendant.                       Time:          2:00 p.m.
                                                 Courtroom:     2
21

22                                               Complaint Filed:  June 10, 2021

23

24

25

26

27

28

─────────────────────────────────────────────────────
       REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE
                     MANAGEMENT CONFERENCE; ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Eric M. Lloyd is lead trial counsel for Defendant in this matter.  Pursuant to Local Rule 16-10(a), Defendant respectfully requests that Kara Keister, who has been associated on this matter since Defendant retained the law firm of Seyfarth Shaw LLP as counsel, be permitted to appear on behalf of Defendant at the Initial Case Management Conference.  Ms. Keister has all information necessary to appear at the conference and will be prepared to discuss all relevant matters at the conference, and thus permitting her appearance would further the goals of judicial economy.  Plaintiff's counsel of record in this matter, Tiega-Noel Varlack, has informed Ms. Keister that she does not object to Ms. Keister's appearance at the conference.  Ms. Keister also will appear on behalf of Defendant with respect to Defendant's forthcoming Motion to Dismiss.

Accordingly, Defendant requests that this Court excuse Mr. Lloyd from attending the initial case management conference pursuant to Northern District of California Local Rule 16-10, and permit Ms. Keister to appear in his absence.

DATED: September 7, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kara Keister*
Eric Lloyd
Kara Keister

Attorneys for Defendant Redwood Toxicology
Laboratory aka Abbott Laboratories

REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE
MANAGEMENT CONFERENCE; ORDER

1

2

## __ORDER__

3
For good cause appearing,

4
IT IS HEREBY ORDERED that, pursuant to Local Rule 16-10, Kara Keister is permitted to

5
appear telephonically at the September 14, 2021 Initial Case Management Conference and Eric M.

6
Lloyd is excused from appearing.

7
Dated: 9/8/2021

8
Hon. Haywood S. Gilliam, Jr.
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE
MANAGEMENT CONFERENCE; ORDER