SEYFARTH SHAW LLP
Eric Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

SEYFARTH SHAW LLP
Kara Keister (SBN 250260)
kkeister@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 498-7028
Facsimile:     (916) 558-4839

Attorneys for Defendant Redwood Toxicology Laboratory
aka Abbott Laboratories

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| EVERLINE WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD TOXICOLOGY LABORATORY aka ABBOTT LABORATORIES, and DOES 1 through 20,<br><br>Defendant. | Case No. 4:21-cv-04501-HSG<br><br>[Hon. Haywood S. Gilliam, Jr.<br><br>**DEFENDANT'S REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:          March 1, 2022<br>Time:          2:00 p.m.<br>Courtroom:      2<br><br>Complaint Filed:  June 10, 2021 |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Eric M. Lloyd is lead trial counsel for Defendant in this matter.  Pursuant to Local Rule 16-10(a),

3 Defendant respectfully requests that Kara Keister, who has been associated on this matter since

4 Defendant retained the law firm of Seyfarth Shaw LLP as counsel, be permitted to appear on behalf of

5 Defendant at the Initial Case Management Conference.  Ms. Keister has all information necessary to

6 appear at the conference and will be prepared to discuss all relevant matters at the conference, and thus

7 permitting her appearance would further the goals of judicial economy.  Plaintiff's counsel of record in

8 this matter, Tiega-Noel Varlack, has informed Ms. Keister that she does not object to Ms. Keister's

9 appearance at the conference.  Ms. Keister also will appear on behalf of Defendant with respect to

10 Defendant's forthcoming Motion to Dismiss.

11        Accordingly, Defendant requests that this Court excuse Mr. Lloyd from attending the initial case

12 management conference pursuant to Northern District of California Local Rule 16-10, and permit Ms.

13 Keister to appear in his absence.

14

15 DATED: February 22, 2022               Respectfully submitted,

16                                 SEYFARTH SHAW LLP

17

18                             By: */s/ Kara Keister*

19                                Eric Lloyd
                                Kara Keister

20                                 Attorneys for Defendant Redwood Toxicology
                                Laboratory aka Abbott Laboratories

21

22

23

24

25

26

27

28

REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Local Rule 16-10, Kara Keister is permitted to appear at the March 1, 2022 Initial Case Management Conference and Eric M. Lloyd is excused from appearing.

Dated: 2/23/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

i

REQUEST TO PERMIT KARA KEISTER TO APPEAR AT INITIAL CASE
MANAGEMENT CONFERENCE; ORDER