| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Eric Lloyd (SBN 254390) |
|   | elloyd@seyfarth.com |
| 3 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone:     (415) 397-2823 |
|   | Facsimile:      (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP |
|   | Kara Keister (SBN 250260) |
| 6 | kkeister@seyfarth.com |
|   | 400 Capitol Mall, Suite 2350 |
| 7 | Sacramento, California 95814-4428 |
|   | Telephone:     (916) 498-7028 |
| 8 | Facsimile:      (916) 558-4839 |

Attorneys for Defendant Redwood Toxicology Laboratory aka Abbott Laboratories

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERLINE WILLIAMS, an individual, | Case No. 4:21-cv-04501-HSG |
| Plaintiff, | **DEFENDANT'S REQUEST TO PERMIT KARA KEISTER TO APPEAR TELEPHONICALLY AT THE MAY 26, 2022 HEARING ON PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEY; ORDER (as modified)** |
| v. | |
| REDWOOD TOXICOLOGY LABORATORY aka ABBOTT LABORATORIES, and DOES 1 through 20, | |
| Defendant. | |
| | Complaint Filed:  June 10, 2021 |

---

DEFENDANT'S REQUEST TO PERMIT KARA KEISTER TO APPEAR AT THE MAY 26, 2022 HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants request that Kara Keister, counsel for Defendant, be permitted to appear telephonically at the May 26, 2022 hearing on Plaintiff's Motion to Withdraw as Attorney. Good cause exists for this request because defense counsel is located in Sacramento, California and seeks to avoid the time and costs of travel to attend the hearing in person.

DATED: May 23, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kara Keister*
    Eric Lloyd
    Kara Keister

Attorneys for Defendant
REDWOOD TOXICOLOGY LABORATORY AKA ABBOTT LABORATORIES

---

1

DEFENDANT'S REQUEST TO PERMIT KARA KEISTER TO APPEAR AT THE MAY 26, 2022 HEARING ON MOTION TO WITHDRAW AS ATTORNEY; ORDER

**ORDER**

For good cause appearing,

IT IS HEREBY ORDERED that Kara Keister is permitted to appear telephonically at the May 26, 2022, Motion to Withdraw as Attorney. Counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255

DATED: 5/24/2022

Honorable Haywood S. Gilliam, Jr.