UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERLINE WILLIAMS,<br><br>            Plaintiff,<br><br>       v.<br><br>REDWOOD TOXICOLOGY LABORATORY,<br><br>            Defendant. | Case No. 21-cv-04501-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a case management conference on June 21, 2022, at 1:30 p.m. The conference will be held by Zoom Webinar. All parties must call in fifteen minutes before the hearing to test internet, video, and audio capabilities, and may access the Zoom Webinar by using the following link and information: https://cand-uscourts.zoomgov.com/j/1615276214?pwd=UjhNK2plNkg1dm10d3hpZ2VUcnBYdz09

- Meeting ID: 161 527 6214;
- Passcode: 244257.[1]

To be clear, Ms. Williams shall appear at the case management conference either (1) having retained substitute counsel and executed a substitution of counsel form signed by current and new counsel; or (2) prepared to represent herself. Plaintiff's current counsel, Ms. Varlack, is directed to forward this Order immediately to Ms. Williams via electronic mail, and to make best

---

[1] Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). *See* General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

efforts to convey the substance of the Order to her, including the requirement that Ms. Williams appear at the Case Management Conference via Zoom.  Ms. Varlack must also appear at the case management conference unless a substitution of counsel form has been filed before then.

**IT IS SO ORDERED.**

Dated: 6/15/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2