UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERLINE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>REDWOOD TOXICOLOGY LABORATORY,<br><br>        Defendant. | Case No. 21-cv-04501-HSG<br><br>**ORDER RE MEDIATION** |

The Court DIRECTS the parties to file a joint status report of no more than two pages indicating whether they participated in mediation by the June 30, 2022 deadline. *See* Dkt. No. 4. If the mediation occurred, the report should describe the results and the status of settlement discussions. If the mediation did not occur, the report should explain why the parties failed to meet the deadline. The parties shall file their joint status report by July 20, 2022.

**IT IS SO ORDERED.**

Dated: 7/13/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge