UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERLINE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD TOXICOLOGY LABORATORY,<br><br>    Defendant. | Case No. 21-cv-04501-HSG<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 88 |

Before the Court is Plaintiff's motion for default judgment ("Motion"). *See* Dkt. No. 88. The Court **DENIES** the Motion.

The Court further **SETS** a telephonic case management conference on November 15, 2022 at 2:00 p.m. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated:   9/19/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge