UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVERLINE WILLIAMS,

          Plaintiff,

   v.

REDWOOD TOXICOLOGY LABORATORY,

          Defendant.

Case No. 21-cv-04501-HSG

**ORDER DENYING MOTION TO CONTINUE TRIAL DATE**

Re: Dkt. Nos. 122, 123

      The Court **DENIES** Defendant's Motion to Continue Trial Date and All Related Deadlines, Dkt. No. 122. The trial date in this case has been set since March of 2022. The Court will issue rulings on the pending motions in time for the trial to proceed as scheduled, if necessary.

      This order **TERMINATES AS MOOT** Defendant's Administrative Motion for Order Shortening Time to Hear Motion to Continue Trial and Related Deadlines, Dkt. No. 123.

      **IT IS SO ORDERED.**

Dated:   12/21/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California